In the Matter of the Application of MAX SHAPIRO, Respondent, for a Mandamus Order against PAUL MOSS, as Commissioner of Licenses of the City of New York, Appellant.— Peremptory mandamus order requiring the commissioner of licenses of the city of New York to issue forthwith to the petitioner an amusement center license for the operation of a pin or mechanical bagatelle game, known as " The Sportsman," reversed on the law and not in the exercise of discretion, with costs, and application denied, with ten dollars costs and disbursements. We are of the opinion that the element of chance in the operation of the machine now before us far outweighs that of skill. " The test of the character of the game is not whether it contains an element of chance or an element of skill, but which is the dominating element that determines the result of the game." ( *People ex rel. Ellison* v. *Lavin*, 179 N. Y. 164, 170.) This game, which relies for its popularity upon that gambling spirit innate in so many people and which from common knowledge is only a money-making device for the owner and at the expense of the player, should not be looked upon with favor by courts or those public officials who in any way exercise control over them. In our opinion the machine was designed primarily for gambling purposes and, therefore, the commissioner of licenses exercised a proper discretion in refusing the license in question. Courts should not interfere with such discretion in the absence of a showing of a clear legal right to such license. The opinion of the commissioner of licenses in the instant case must control. (*Matter of Agoglia* v. *Mulrooney*, 259 N. Y. 462.) Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Application of CHARLES STOCKFEDER, on Behalf of Himself and All Others Similarly Situated, Respondent, for a Mandamus Order against PAUL MOSS, as Commissioner of Licenses of the City of New York, Appellant.— Appeal from an order directing Paul Moss, as commissioner of licenses of the city of New York, forthwith to " issue to the petitioner herein an amusement center license for the operation of a pin game known as ' The Sportsman ' upon the premises 326 Marcy Avenue, Borough of Brooklyn," and further directing the commissioner forthwith to " issue to other persons situated similarly to the petitioner herein an amusement center license or licenses for the operation of a pin game known as ' The Sportsman ' upon premises in the City and State of New York within your jurisdiction." Peremptory mandamus order reversed on the law and not in the exercise of discretion, with costs, and application denied, with ten dollars costs and disbursements, on authority of *Matter of Shapiro* v. *Moss* [*ante*, p. 835], decided herewith. Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of JOHN J. WALSH, Appellant, for a Mandamus Order against FIORELLO H. LAGUARDIA, Mayor of the City of New York, and Another, Respondents.— Order denying application for peremptory order of mandamus reversed on the law and not in the exercise of discretion, with costs, and motion granted, with ten dollars costs and disbursements. The operation of the injunction will be stayed for a reasonable time to be fixed in the order. The operation of buses is illegal unless a franchise has been granted by the public authorities. (*Huff* v. *Tri-Boro Coach Corp.*, N. Y. L. J. September 29, 1934; *Bogart* v. *Walker*, 231 App. Div. 499.) Lazansky, P. J., Young, Hagarty and Scudder, JJ., concur; Carswell, J., not voting. Settle order on notice.